# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Bonita Darcel Grier

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Mid-Michigan Credit Bureau

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:17-cv-13274
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 10-05-2017 At 02:16 PM
CMP GRIER V. MID-MICHIGAN CREDIT BUREAU (DA)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bonita Darcel Grier |
| Street Address | 31012 Parkwood St |
| City and County | Westland, Wayne County |
| State and Zip Code | MI 48186 |
| Telephone Number | 313-778-5860 |
| E-mail Address | BGrier100@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mid-Michigan Credit Bureau |
| Job or Title (if known) | |
| Street Address | 117 E Walker St |
| City and County | St Johns, Clinton County |
| State and Zip Code | MI 48879 |
| Telephone Number | 989-224-7743 |
| E-mail Address (if known) | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

    Name     _____
    Job or Title (if known)     _____
    Street Address     _____
    City and County     _____
    State and Zip Code     _____
    Telephone Number     _____
    E-mail Address (if known)     _____

Defendant No. 4

    Name     _____
    Job or Title (if known)     _____
    Street Address     _____
    City and County     _____
    State and Zip Code     _____
    Telephone Number     _____
    E-mail Address (if known)     _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    [✓] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The FCRA Fair Credit Reporting Act

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____,
      is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____,
      is incorporated under the laws of the State of *(name)*
      _____, and has its principal place of business in the
      State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the
      State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation
      The defendant, *(name)* _____, is incorporated
      under the laws of the State of *(name)* _____, and
      has its principal place of business in the State of *(name)*
      _____. *Or* is incorporated under the laws of
      *(foreign nation)* _____, and has its principal place
      of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mid-Michigan Credit Bureau has called my home several times in regards to a overdue and unpaid hospital bill. The have placed it on my credit report regardless of the fact I have told them that I have Medicare/Medicaid and should not be billed for any of the charges they put on my credit report. I have proof of my Medicare/Medicaid during the hospital stay in question but they refuse to accept it.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This is having a negative effect on my credit report and I've been unable to get a car loan because of it.

I would like the court to reward me Statutory Damages. Why? Because I told them several times that I do not owe the debt that they have been harassing me about and I have proof. Statutory Damages of $1,000 will suffice

I would like the court to reward me Punitive Damages for refusing to accept my evidence and not placing a fax number on their website to help resolve issues like this one. $10,000 will suffice. At some point, businesses like Mid-Michigan has a responsibility to do more than collect. They bare the responsibility of investigating debts before placing false information on a person's credit report and "messing" up their lives.

I would like the Court to order Mid-Michigan to remove all of the negative information from all 3 Credit Reporting Agencies.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 4, 2017.

Signature of Plaintiff

Printed Name of Plaintiff    Bonita Darcel Grier

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

I have been harassed by this company over and over again. The last "Collector" that called me was so disrespectful, I could not believe she even had a job. I pray and plead that the court find on my behalf.

7



# Social Security Administration

Date: October 04, 2017
Claim Number: XXX-XX-1502A
XXX-XX-1502DI

BONITA D GRIER
31012 PARKWOOD ST
WESTLAND MI 48186-5317

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**
Beginning December 2016, the full monthly Social Security benefit before any deductions is $1,517.50.

We deduct $109.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,408.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Information About Past Social Security Benefits**
From March 2015 to November 2016, the full monthly Social Security benefit before any deductions was $1,513.00.

We deducted $104.90 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,408.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**
You are entitled to monthly disability benefits.

**Information About Supplemental Security Income Payments**
Beginning July 2014, the current Supplemental Security Income payment is $0.00 .

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning October 2015.

**Type of Supplemental Security Income Payment Information**
You are entitled to monthly payments as a disabled individual .

**Date of Birth Information**
The date of birth shown on our records is August 21, 1972.

**Medicare Information**
You are entitled to hospital insurance under Medicare beginning November 2013.

You are entitled to medical insurance under Medicare beginning February 2014.

**Suspect Social Security Fraud?**
Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**
We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-704-4860. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
28657 CHERRY HILL RD
INKSTER, MI 48141

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

County in which action arose: **Wayne**

## I. (a) PLAINTIFFS
Bonita Darcel Grier

## DEFENDANTS
Mid-Michigan Credit Bureau

**(b)** County of Residence of First Listed Plaintiff: **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

≠ 31012 Parkwood St
Westland, MI 48185

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

County of Residence of First Listed Defendant: **Clinton County**
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 2:17-cv-13274
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 10-05-2017 At 02:16 PM
CMP GRIER V. MID-MICHIGAN CREDIT BUREAU (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)* (circled)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 835 Patent - Abbreviated New Drug Application | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | PERSONAL PROPERTY | LABOR | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | SOCIAL SECURITY | (circled) 480 Consumer Credit |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| | | | | 864 SSID Title XVI | 891 Agricultural Acts |
| | | | | 865 RSI (405(g)) | 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | 790 Other Labor Litigation | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 210 Land Condemnation | 440 Other Civil Rights | Habeas Corpus: | 791 Employee Retirement Income Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | | |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | IMMIGRATION | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | Other: 540 Mandamus & Other | 462 Naturalization Application | | |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

(handwritten left margin: 4 8 0 6)

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**FCRA**

Brief description of cause:
Mid-Michigan refuse to accept the fact that I am not responsible for the debt and refuse to remove from my credit report

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE:    DOCKET NUMBER:

DATE: **Oct. 5, 2017**

SIGNATURE OF ATTORNEY OF RECORD: *(signature)*

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?      ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)      ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes : _____

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

- [x] Two (2) completed **Civil Cover Sheets**.

- [x] Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

  __1__ + 2 = __3__ Complaints.
  # of Defendants      Total

  Received by Clerk: _DA_  Addresses are complete: ✓

Case: 2:17-cv-13274
Judge: Drain, Gershwin A.
MJ: Grand, David R.
Filed: 10-05-2017 At 02:16 PM
CMP GRIER V. MID-MICHIGAN CREDIT BUREAU (DA)

- [ ] If any of your defendants are **government agencies**: Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

## If Paying The Filing Fee

- [ ] Current new civil action filing fee is attached.

  Fees may be paid by check or money order made out to:

  **Clerk, U.S. District Court**

  Received by Clerk: _____ Receipt #: _____

## If Asking That The Filing Fee Be Waived

- [x] Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.

  Received by Clerk: _DA_

## Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address. | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form. | ☑ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |
| Received by Clerk: _____ | Received by Clerk: _____ | |

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13