UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BONITA DARCEL GRIER, | Case No. 17-cv-13274 |
| Plaintiff, | Hon. Gershwin A. Drain |
| v. | |
| MID-MICHIGAN CREDIT BUREAU, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Mid-Michigan Credit Bureau, Inc., with prejudice and without attorney's fees or costs to either party.

 */s/ Bonita Darcel Grier*  
Bonita Darcel Grier  
Plaintiff Pro Se

*/s/ Herman D. Hofman*  
Herman D. Hofman  
Attorney for Defendant  
333 Bridge Street NW  
P.O. Box 352  
Grand Rapids, MI 49501-0352  
(616) 336-6000  
hdhofman@varnumlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BONITA DARCEL GRIER,   Case No. 17-cv-13274

    Plaintiff,   Hon. Gershwin A. Drain

v.

MID-MICHIGAN CREDIT BUREAU, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MID-MICHIGAN CREDIT BUREAU, INC.

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Mid-Michigan Credit Bureau, Inc., are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate Defendant Mid-Michigan Credit Bureau, Inc., as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Date: November 8, 2019   s/Gershwin A. Drain
    Gershwin A. Drain
    U.S. District Court Judge